```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13
IN RE:                                                           Case No: 21-22045 (CGM)

MIRIAM NEUHAUS,
                              Debtor.
-----------------------------------------------------------X
```

## ORDER DENYING DEBTOR'S MOTION TO RECONSIDER THE ORDER DISMISSING THE CHAPTER 13 CASE

**UPON**, the Motion by Debtor filed on February 5, 2024 (ECF Dkt. No. 66) (the "Motion to Reconsider") seeking to have the Court reconsider its Order dismissing the Chapter 13 case, and upon the Trustee's Opposition filed on March 5, 2024 (ECF Dkt. No. 69), and upon the Reply pleadings filed by Debtor on March 8, 2024 (ECF Dkt. No. 70), and the Court having considered all pleadings filed in connection herewith, and upon appearances by Debtor's Counsel in support thereof, and appearance by the Chapter 13 Trustee in Opposition to on the Motion to Reconsider and upon the record of the hearing held by the Court on March 13, 2024, and upon consideration of all of the proceedings had herein, and upon the record of the case; and

**WHEREAS**, for the reasons stated on the record at the March 13, 2024 hearing; and

**WHEREAS**, the Debtor has failed to overcome her burden of proof under Rule 59 and/or Rule 60, as this Court properly found the case warranted dismissal for cause under 11 U.S.C.§1307(c) (1) and (6); it is hereby

**ORDERED**, that Debtor's Motion to Reconsider is denied in its entirety.



/s/ Cecelia G. Morris

**Dated: March 15, 2024**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**